No. 10440.   In re Petition of ALVIN WUEST.
374 P.2d 112.

Decided April 16, 1962.

PER CURIAM.

Petition for writ of habeas corpus filed herein by Alvin Wuest, an inmate of the Montana State Prison, appearing pro se.

Petitioner seeks a commutation of sentence by his application. This matter rests in the discretion of Montana Board of Pardons and their determination is not subject to review by the courts. See Goff v. State, 139 Mont. 641, 367 P.2d 557.

The petition is denied and the proceeding dismissed.